## Peter Christian, Appellee, v. Virginia Mae Christian, Appellant.

### Gen. No. 42,658.

opinion filed November 4, 1943. Henry M. Tufo and Michael F. Zlatnik, for appellant; Boyle, Morrissey & Wagner, for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.